UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SEAN A. FAIRWEATHER,<br><br>　　　　　Petitioner<br><br>　v.<br><br>BAINBRIDGE, *et al.*,<br><br>　　　　　Respondents. | CIVIL ACTION NO. 3:25-CV-00790<br><br>(MEHALCHICK, J.) |

### ORDER

AND NOW, this 11th day of June, 2025, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

1. The Petition (Doc. 1) is DISMISSED without prejudice.

2. Fairweather may file an Amended Petition by July 10, 2025. Failure to timely file an Amended Petition will result in the case being closed.

Dated: June 11, 2025

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**United States District Judge**